Nancy CARTER, Plaintiff—Appellant

v.

State of MISSISSIPPI; Mississippi Department of Rehabilitation Services; Office of Disability Determination Services, Defendants—Appellees.

No. 06–61046
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Aug. 6, 2007.

Nancy Carter, pro se.

Rickey T. Moore, Juliette Veronica Wilson, Office of the Attorney General for The State of Mississippi, Jackson, MS, for Defendants–Appellees.

Before KING, HIGGINBOTHAM, and DAVIS, Circuit Judges.

PER CURIAM: *

Essentially for the reasons assigned by the district court in its thorough September 30, 2006 Memorandum and Order, 2006 WL 2827694, we affirm the district court judgment.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.